IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI, CENTRAL DIVISION

| | |
|---|---|
| SHELLEY HICKS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:24-cv-04080-WJE |
| CITY OF SEDALIA, MISSOURI | ) |
| Defendant. | ) |

## JOINT NOTICE OF WITHDRAWAL OF MOTION TO EXTEND TIME TO FILE DESIGNATION OF OUTSIDE NEUTRAL

The parties, by and through their respective counsel, respectfully withdraw their Joint Motion to Extend Time to File Designation of Outside Neutral [Doc. 23].

**Respectfully submitted,**

CARSON & COIL, P.C.

_/s/ John W. Shikles_
John W. Shikles            67280
515 East High Street, P.O. Box 28
Jefferson City, Missouri 65102
Phone: 573-636-2177
Fax: 573-636-7119
John.s@carsoncoil.com

**ATTORNEYS FOR PLAINTIFF**

1

**ENSZ & JESTER, P.C.**

/s/ Thomas H. Osborn
BRANDON D. MIZNER    MO #46515
THOMAS H. OSBORN    MO #72953
1100 Main Street, Suite 2121
Kansas City, Missouri 64105
Telephone:    816-474-8010
Facsimile:    816-471-7910
E-mails:    bmizner@enszjester.com
tosborn@enszjester.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the Court's electronic filing system on this 1st day of August, 2024.

John W. Shikles    67280

2