IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHELLEY HICKS, | ) |
|     Plaintiff, | ) |
| v. | ) Case Number: 2:24-CV-04080-WJE |
| CITY OF SEDALIA, MISSOURI, | ) |
|     Defendant. | ) |

**CLERK'S JUDGMENT**

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x_ Decision by Court.

IT IS, THEREFORE, ORDERED that Shelley Hicks' Motion for Leave to File Second Amended Complaint is DENIED, as set forth herein.

ENTERED ON: September 30, 2024

PAIGE WYMORE-WYNN
Court Clerk

*Angel L. Geiser*

(By) Deputy Clerk